JOSEPH HIRSCHBERG, RESPONDENT, v. BENJAMIN FLUSSER, APPELLANT.

Submitted July 8, 1918—Decided October 11, 1918.

On appeal from the Supreme Court, whose opinion is reported in 91 *N. J. L.* 66.

For the appellant, *Samuel Roessler.*

For the respondent, *Philip J. Schotland.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER. JJ. 11.

*For reversal*—None.